IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case. No.: 2:15-CR-199-MHT-TFM |
| | ) | |
| ELDRICK DEON MCNEAL | ) | |
| | ) | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

COMES NOW the Department of Human Resources (hereinafter the "Department"), a non-party to the above-styled action, and respectfully moves this Honorable Court for a Protective Order regarding release of Department records. In support, the Department shows the following:

1. On September 3, 2015, Counsel for the Defendant served upon the Department an Ex Parte Subpoena Duces Tecum, issued August 28, 2015, which commands the Department to produce for inspection the following:

> Any and all records pertaining to Elisabeth McNeal and her child Eldrick McNeal (DOB: XX/XX/XXXX). This should include any records pertaining to dependency, and any allegations or investigations involving abuse or neglect of any kind.

2. On September 8, 2015, prior to filing the instant Motion, the Department conferred with Counsel for the Defendant in good faith regarding the requested information. Counsel for the Defendant is in agreement with the issuance of a Protective Order.

3. The Movant is unable to produce the requested information without court action. Upon information and belief, the Department avers that the information sought by the Defendant is protected by confidentiality statutes found at ALA.CODE §§ 26-14-8 and 38-2-6(8) (1975) and thus is privileged under a recognizable government privilege pursuant to FED.R.EVID. 501 and FED.R.CIV.P. 26(b)(1).

**Proposed Order is attached for the Court's consideration.**

WHEREFORE, PREMISES CONSIDERED, the Department, a non-party in the above-styled case, respectfully requests that this Honorable Court enter a Protective Order:

(a) directing that disclosure of the said records be allowed only to:

1. the Court;

1

2. the parties and their legal counsel, if any;
3. a person with prior legal access to said records;
4. officials involved in the litigation, including court reporters;
5. persons noticed for depositions or designated as trial witnesses to the extent reasonably necessary in preparing to testify or actually giving testimony, provided such persons are directed to keep confidential those matters protected by the order;
6. outside consultants or experts retained for the purpose of assisting counsel or a party in the litigation, or in anticipation of such, provided such persons are directed to keep confidential those matters protected by the order; and

(b) which provides that any Department records admitted into evidence or otherwise made a part of the record of this case shall be placed under seal and shall not be made a part of the public record of this case; and

(c) grants such other, further, and different relief as this Court may deem proper.

RESPECTFULLY SUBMITTED on this the 10th day of September 2015.

ATTORNEY FOR NON-PARTY:

Samantha Naramore (JOL005)
Assistant Attorney General
Alabama Department of Human Resources
3030 Mobile Highway
Montgomery, Alabama 36108
Telephone: 334-293-3101
Samantha.Naramore@dhr.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing UNOPPOSED MOTION FOR PROTECTIVE ORDER on the following by placing a copy of same in the U.S. Mail, first-class postage prepaid, on this the 16th day of September 2015.

ATTORNEY FOR NON-PARTY:

*/s/ Samantha Naramore*
Samantha Naramore (JOL005)
Assistant Attorney General
Alabama Department of Human Resources
3030 Mobile Highway
Montgomery, Alabama 36108
Telephone: 334-293-3101
Samantha.Naramore@dhr.alabama.gov