# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:15-cr-199-MHT-CSC |
| | ) | |
| ELDRICK DEON MCNEAL | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**Mr. McNeal**, by counsel, asks this Court to continue the sentencing hearing in this case, now set for December 15, 2015, to a later date. In support of this motion, Mr. McNeal would show:

1. The presentence report recommends findings that, if accepted by the Court, would require the Court to reject the parties' previously agreed Rule 11(c)(1)(C) plea agreement.

2. Simultaneous with this filing, Mr. McNeal has filed under seal a request for a court-ordered evaluation pursuant to 18 U.S.C. §4244(b).

3. The requested evaluation cannot be completed by December 15, 2015, or for several months thereafter.

4. Mr. McNeal therefore asks the Court to continue this matter to a date four weeks after completion of said evaluation and his return to this jurisdiction.

WHEREFORE, Mr. McNeal asks that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org