IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:15-cr-199-MHT-TFM |
| | ) | *(FILED UNDER SEAL)* |
| ELDRICK DEON MCNEAL | ) | |

## MOTION TO SEAL

**COMES NOW** the Defendant, Mr. Eldrick Deon McNeal, by and through undersigned counsel, Christine A. Freeman, and respectfully moves this Court for an Order to seal the attached document.

**WHEREFORE**, Mr. McNeal respectfully requests that this Motion be granted.

Dated this 23rd day of November, 2015.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I filed the foregoing with the Clerk of the Court and sent notificaion by e-mail of this filing to all counsel of record.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org