IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr199-MHT |
| | ) | (WO) |
| **ELDRICK DEON McNEAL** | ) | |

ORDER

Based on the representations made on the record at a hearing on November 25, 2015, it is ORDERED that defendant Eldrick Deon McNeal's motion to continue sentencing (doc. no. 53) is granted and that sentencing is continued generally.

DONE, this the 30th day of November, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**