IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:15cr199-MHT
                            )            (WO)
ELDRICK DEON McNEAL         )
```

ORDER

Based on the representations made during a conference call held on the record on February 9, 2016, it is ORDERED that a hearing to determine whether defendant Eldrick Deon McNeal is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense," 18 U.S.C. § 4241(d), and if so, whether his plea of guilty should be vacated, is set for 10:00 a.m. on February 22, 2016, in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED (1) that the United States Marshal for the Middle District of Alabama is to ensure that defendant McNeal remains at the Federal Correctional Institution in Butner, North Carolina, pending this hearing and (2) that the clerk of the court is to arrange for defendant McNeal, and the mental-health professionals responsible for evaluating him, to participate in the hearing by videoconference.

DONE, this the 10th day of February, 2016.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**