**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr199-MHT** |
| | ) | **(WO)** |
| **ELDRICK DEON McNEAL** | ) | |

**ORDER**

Based on the representations made in open court on February 22, 2016, and with the consent of the government, it is ORDERED that defendant Eldrick Deon McNeal's oral motion to withdraw guilty plea is granted and that his guilty plea, which was entered on June 9, 2015, is withdrawn.

DONE, this the 23rd day of February, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**