IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr199-MHT** |
| | ) | **(WO)** |
| **ELDRICK DEON McNEAL** | ) | |

### ORDER

As defendant Eldrick Deon McNeal's guilty plea has been withdrawn, it is ORDERED that the government's motion to rescind preliminary forfeiture order (doc. no. 70) is granted, and the preliminary order of forfeiture (doc. no. 39) is rescinded and declared void ab initio.

DONE, this the 26th day of February, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**