IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:15cr199-MHT
                            )            (WO)
ELDRICK DEON McNEAL         )
```

ORDER

This matter is before the court on the recommendation of the Bureau of Prisons (doc. no. 79) that the court commit defendant Eldrick Deon McNeal for an additional period of time to allow for further competency-restoration efforts, specifically, to allow him to participate in a specialized competency-restoration course that runs through December 2016.  All parties agree to the requested extension (doc. no. 80).  While the issue is close, upon consideration of the report of the Bureau of Prisons (doc. no. 79), and based upon the representations of the parties during the in-camera hearing on the record today, the court finds that an additional period of time is warranted because there is

a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward.  18 U.S.C. § 4241(d)(2). Specifically, the court finds a substantial probability that he will attain capacity within the additional period of time because of the expected benefit from the specialized competency-restoration course and the report's observation that McNeal demonstrated progress during participation in a previous competency-restoration course.

***

Accordingly, pursuant to 18 U.S.C. § 4241(d)(2), it is ORDERED that defendant Eldrick Deon McNeal is committed to the custody of the Attorney General for an additional period lasting until no later than December 31, 2016, for further competency-restoration efforts.

DONE, this the 4th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE