IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:15cr199-MHT
                            )            (WO)
ELDRICK DEON McNEAL         )
```

ORDER

It is ORDERED that defendant Eldrick Deon McNeal's pro se motion to amend the presentence investigation report (doc. no. 84) is denied without prejudice. As defendant McNeal's guilty plea has been withdrawn, the presentence investigation report will not be considered by the court at this time.

DONE, this the 7th day of December, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE