IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr199-MHT |
| | ) | |
| ELDRICK DEON McNEAL | ) | |

ORDER

Based on the representations made on-the-record on April 16, 2018, it is ORDERED that the motions in limine (doc. nos. 163, 164, 165, 166) are denied without prejudice and with leave to renew in a timely manner.

DONE, this the 17th day of April, 2018.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE