IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:15cr199-MHT** |
| | ) | **(WO)** |
| **ELDRICK DEON McNEAL** | ) | |

**ORDER**

Based on the representations made on the record on July 17, 2018, it is ORDERED that arrangements will be made so that defendant Eldrick Deon McNeal can stay at the Bureau of Prisons (BOP) facility until just before and immediately after any court proceeding.

According to the contingency plan in consultation with the parties and the United States Marshal, upon receiving a notice of restoration from the BOP, the court will immediately set up a competency restoration hearing, and order counsel for defendant Eldrick Deon McNeal to travel to the BOP facility in order to attend the hearing with McNeal by videoconference. If McNeal is found competent to proceed, a special trial date--that is, unique to McNeal and no other

defendant--will be set to ensure that he will in fact be tried on that date. McNeal will then be brought into local custody immediately before trial and, if convicted, immediately returned to the BOP facility so that he does not again decompensate prior to sentencing. The BOP will be required to hold McNeal's bed at the facility so that he does not have to wait for an extended period in local custody before being transferred back after the trial.

Appropriate orders will be entered in accordance with the above procedure.

DONE, this the 18th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**