

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

Novmeber 25, 2019

The Honorable Myron H. Thompson
Frank M. Johnson, Jr. United States Courthouse
One Church Street
Montgomery, Alabama 36104

RE: MCNEAL, Eldrick Deon
Register Number: 15639-002
Docket Number: 2:15cr199-MHT (WO)

Dear Judge Thompson:

On November 18, 2019, our staff became aware of the Court's order, dated November 5, 2019, for an additional evaluation pursuant to the provisions of Title 18, United States Code, Section 4246.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end , 2019. My staff will attempt to complete the evaluation as soon as possible and January 18, 2020 have a final report to the Court within 14 working days of the end date.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, at extension 6030.

Respectfully,

T. Scarantino, Complex Warden

cc: Denise Simpson, Assistant United States Attorney
    Georger Bulls III, Defense Attorney