IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:15cr199-MHT
                              )             (WO)
ELDRICK DEON McNEAL           )
```

ORDER

This case is before the court for consideration of defendant Eldrick Deon McNeal's motion for status conference (Doc. 321), in which he requests an update on the status of his case. This case has been pending since 2015. McNeal also has a related case pending in the Eastern District of North Carolina (*USA v. McNeal*, Case No. 5:20-HC-02096-BR (E.D.N.C.)), where a hearing on his dangerousness has been continued at the request of the parties so they can attempt to reach a resolution of the matter. (McNeal is represented in that case by the Federal Public Defender's Office for the Eastern North Carolina district.) The attorneys in that case have been ordered to file periodic status reports on their efforts to resolve the case. The April 28, 2023, status report states in part:

> "On 7 December 2022, the Parties jointly moved to continue the hearing, indicating an intention to work together to explore the potential paths forward for Respondent's case, to include his competency, diagnosis, and dangerousness. [D.E. 49]. This Court granted the Parties' request and ordered the Parties to provide a status update by 6 February 2023 regarding their progress on the matter [D.E. 50], which the Parties filed [D.E. 52].
>
> "<u>Since that time, the Parties have remained in contact regarding developments in Respondent's criminal case. Both Parties have reached out to their counterparts in the Middle District of Alabama for updates on any progress in either pursuing or dismissing Respondent's criminal charges in case number 2:15-MJ-69.</u> The Parties will continue to maintain open lines of communication regarding and changes in the status of Respondent's criminal charges.
>
> "The Parties intend to continue efforts to reach a mutually agreed upon resolution in the matter."

(Emphasis added.) As there has been no docket activity reflecting any effort to resolve the instant case, the court wishes to obtain a status update on this matter.

Accordingly, it is ORDERED that the motion for status conference (Doc. 321) is granted to the following extent:

    (1) A videoconference is set for June 15, 2023, at 8:30 a.m., to discuss the status of efforts to resolve the criminal charges in this case. Counsel for the government and appointed counsel for the defendant George B. Bulls, II, and John Douglas Lloyd shall all appear.

    (2) On or before June 13, 2023, counsel for the government and the defendant: (a) should thoroughly investigate the above-discussed matters and be prepared to discuss them at the conference; and (b) shall jointly file a status report on these matters and any effort to resolve this case.

    The courtroom deputy shall arrange for the videoconference.

    DONE, this the 8th day of June, 2023.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**