IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:15cr199-MHT
                            )            (WO)
ELDRICK DEON McNEAL         )
```

ORDER

By agreement of the parties on the record on November 14, 2023, it is ORDERED that:

(1) No later than 12:00 p.m. on November 16, 2023, government and defense counsel are to notify the court whether an updated presentence investigation report has been prepared, and, if not, when it will be ready.

(2) The plea hearing and sentencing are set in person for November 20, 2023, at 1:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that the parties are to arrange with Probation for defendant Eldrick Deon McNeal to live for a reasonable period of time in a halfway house as part of his supervised release to ease his transition back into the free world.  He shall also receive immediate

mental-health counseling.  Finally, defense counsel is to arrange for defendant McNeal to receive a full mental-health evaluation to determine what types of mental-health treatment he should receive in general while on supervised release.

The parties informed the court that the medication issue has been resolved.

DONE, this the 14th day of November, 2023.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**