IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr199-MHT |
| | ) | (WO) |
| ELDRICK DEON McNEAL | ) | |

ORDER

Defendant Eldrick Deon McNeal having entered a guilty plea, sentencing having been continued, and the court being of the opinion that defendant McNeal should be on bond pending sentencing, it is ORDERED that the United States Magistrate Judge should arrange for a bond hearing for defendant Eldrick Deon McNeal, with the following restriction among all other appropriate ones: defendant McNeal shall be under the standard conditions for home confinement.

In the interest of public safety, it is further ORDERED that the U.S. Marshal shall ensure that defendant McNeal upon release from jail receives a month of his prescribed psychiatric medications--so that he will not experience a lapse in medication during the time until

2

he can see a freeworld psychiatrist--and a list of his prescribed medications and the dosage for each, so that he can show that to his new care provider.

DONE, this the 21st day of November, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**