IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:15cr199-MHT
                            )            (WO)
ELDRICK DEON McNEAL         )
```

## AMENDED ORDER

Defendant Eldrick Deon McNeal having entered a guilty plea, sentencing having been continued, and the court being of the opinion that defendant McNeal should be on bond pending sentencing, it is ORDERED that the United States Magistrate Judge shall, as soon as possible, arrange for a bond hearing for defendant Eldrick Deon McNeal, with the following restrictions among all other appropriate ones:

(1) Defendant McNeal shall be under the standard conditions for home confinement.

(2) Defendant McNeal shall have no contact with Yasheca S. Howard, Breosha Harris, and Patreona Jackson.

In the interest of public safety, it is further ORDERED that the U.S. Marshal shall ensure that defendant

McNeal upon release from jail receives a month of his prescribed psychiatric medications--so that he will not experience a lapse in medication during the time until he can see a freeworld psychiatrist--and a list of his prescribed medications and the dosage for each, so that he can show that to his new care provider.

DONE, this the 22nd day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE