```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      2:15cr199-MHT
                            )          (WO)
ELDRICK DEON McNEAL         )
```

                              ORDER

Based on the representations made on the record on December 21, 2023, it is ORDERED that:

(1) On or before January 26, 2024, defense counsel and the supervising probation officer are to submit a proposed plan for defendant Eldrick Deon McNeal's three-year term of supervised release that incorporates the recommendations of Dr. Catherine Boyer. *See* Psych. Evaluation (Doc. 371) at 14-15. The proposed plan shall address the following:

    (a) whether defendant McNeal can be placed in a dual-diagnosis residential substance-abuse program;

    (b) whether he can then be placed in a group home for individuals with substance abuse issues or mental illness, rather than a halfway house for offenders;

  (c) what outpatient program he should complete to mitigate his risk of domestic violence, how many times he should complete it, and at what frequency; and,

  (d) to the extent the parties are unable to implement Dr. Boyer's recommendations, what additional safeguards they propose to keep defendant McNeal clinically stable and ensure that he does not commit any further domestic violence.

  (2) A status conference is set for January 30, 2024, at 9:00 a.m., by videoconference, with government counsel, defense counsel, and the supervising probation officer.  The clerk of the court is to make appropriate arrangements.

  DONE, this the 2nd day of January, 2024.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**