IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:15cr199-MHT |
| | ) | (WO) |
| ELDRICK DEON McNEAL | ) | |

ORDER

Based on the representations made on the record on January 30, 2024, it is ORDERED that:

(1) The court adopts the following plan, as proposed by the supervising probation officer and defense counsel (*see* Doc. 381 and Doc. 382), for defendant Eldrick Deon McNeal's three-year term of supervised release:

(a) Defendant McNeal shall continue working at Glovis and prioritize maintaining employment. Though, of course, the supervising probation officer shall have the discretion to approve another place of employment for defendant McNeal.

(b) He shall continue his monthly consultations with Carastar Health for medication management. The court recognizes that monitoring his compliance with his

medications will be critical to keeping him clinically stable.

(c) He shall work closely with the Next Step Program--particularly his case manager, Pastor Richard Williams, and his counselor, George Ishman--to address his history of drug abuse and any other treatment needs that will contribute to his overall wellbeing.

(d) He shall continue living with his sister, Tiffany McNeal.  Though, of course, the supervising probation officer shall have the discretion to approve another place for defendant McNeal to reside.  The court will not order him to reside at a dual-diagnosis residential treatment center or a group home at this time, but the facilities identified by the parties--including Oxford House and Renascence House--remain options if the court later determines that a more structured living environment would be desirable.

(e) The supervising probation officer will work with the mental-health professionals treating defendant McNeal to ensure that they address his concerning pattern

of domestic violence.  Defense counsel shall follow the progress of the pending state-court charges.  The court will not order defendant McNeal to complete a dedicated domestic violence program at this time, as the classes identified by the parties conflict with his work schedule and the Next Step program, which the parties represent can work with him on identifying his anger triggers.

(f)  The supervising probation officer will remain in close contact with the Next Step Program and Carastar Health.  The court is impressed with the supervising probation officer's plan to have multiple mental-health professionals working with defendant McNeal to monitor him for any signs of mental decompensation.

(2) Another status conference is set for July 31, 2024, at 8:30 a.m., by videoconference, with government counsel, defense counsel, and the supervising probation officer. The clerk of the court is to make appropriate arrangements.  Three business days before the status conference, the supervising probation officer and defense

3

counsel are to file reports on how defendant McNeal is faring.

DONE, this the 31st day of January, 2024.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE