**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr199-MHT** |
| | ) | **(WO)** |
| **ELDRICK DEON McNEAL** | ) | |

**ORDER**

Based on the representations made on the record on August 29, 2024, that defendant Eldrick Deon McNeal is doing well on supervised release, it is ORDERED that the court will not hold any more status conferences at this time.

DONE, this the 29th day of August, 2024.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**