IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:15cr199-MHT
                            )             (WO)
ELDRICK DEON McNEAL         )
```

ORDER

Based on the representations made on the record on October 29, 2024, it is ORDERED that:

(1) Defendant Eldrick Deon McNeal shall be released immediately.

(2) Defendant Eldrick Deon McNeal shall be restricted to his sister's residence located at 266 Huntley Drive, Montgomery, Alabama 36105, at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation office or supervising probation officer.

(3) Defendant McNeal shall be under the standard conditions of supervision previously ordered by the court (Doc. 362 at 1).

(4) Additionally, Defendant McNeal shall be under the following special conditions:

    (a) He shall participate in a program approved by the United States Probation Office for substance abuse as directed, which may include testing to determine whether he has reverted to the use of drugs. He shall contribute to the cost of any treatment based on ability to pay and the availability of third-party payments.

    (b) He shall participate in a mental health treatment program approved by the United States Probation Office as directed and contribute to the cost based on ability to pay and the availability of third-party payments.

    (c) He shall continue his monthly consultations with Carastar Health for medication management. The court recognizes that monitoring his compliance with his

medications will be critical to keeping him clinically stable.

    (d) He shall not consume alcohol or any illegal substances.

    (e) He shall submit to a search of his person, residence, office, and vehicle pursuant to the search policy of this court.

(5) Proceedings on the revocation petition (Doc. 395) are continued generally.

(6) A status conference is set for November 12, 2024, at 9:00 a.m., by videoconference, with government counsel, defense counsel, and the supervising probation officer. The clerk of the court is to make appropriate arrangements. Three business days before the status conference, the supervising probation officer and defense counsel are to file reports on how defendant McNeal is faring.

DONE, this the 30th day of October, 2024.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**